IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| MOUNTAIN VALLEY PIPELINE, LLC, | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) |
| v. | ) Case No. 7:19cv181-EKD |
| 0.15 ACRES OF LAND, OWNED BY FRANK<br>W. HALE, FLOSSIE I. HALE, ROBERT MATTHEW<br>HAMM and AIMEE CHASE HAMM, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## AIMEE AND ROBERT HAMM'S
## RESPONSE TO MVP'S MOTION IN LIMINE

Aimee Hamm and Robert Hamm do not oppose MVP's Motion *in Limine*. Although the Hamms do not necessarily agree with all of the underlying argument in support of such motion, the Hamms do not object to entry of an order granting such motion.

AIMEE CHASE HAMM AND
ROBERT MATTHEW HAMM

/s/William B. Hopkins, Jr.
By: Counsel

William B. Hopkins, Jr., Esq.
(VSB #20297)
MARTIN, HOPKINS & LEMON, P.C.
P.O. Box 13366
Roanoke, Virginia 24033
Email: wbhjr@martinhopkinsandlemon.com
Telephone: (540) 982-1000
Facsimile: (540) 982-2015
    Counsel for Robert M. Hamm and Aimee C. Hamm

## CERTIFICATE OF MAILING

William B. Hopkins, Jr., hereby certifies that he has served by mail and email a true and accurate copy of Aimee and Robert Hamm's Response to MVP's Motion *in Limine* on Seth M. Land, Esq., Penn, Stuart, P. O. Box 2288, Abingdon, Virginia 24212 (sland@pennstuart.com) counsel for Mountain Valley Pipeline, LLC on this 5th day of December 2019.

/s/William B. Hopkins, Jr.